E-FILED
Friday, 08 February, 2013 08:48:39 AM
Clerk, U.S. District Court, ILCD

FILED

FEB - 7 2013

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEE BROOKWALTER,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

Case No. CR 13-20015

IN VIOLATION OF:
18 U.S.C. §§, 2251(a) and (e);
18 U.S.C. § 2422(b) and
18 U.S.C. § 2253 and 2428.

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Sexual Exploitation of a Minor)

On or about December 4, 2012, at Ashkum, in Iroquois County in the Central

District of Illinois, and elsewhere,

**MICHAEL LEE BROOKWALTER,**

the defendant herein, used, persuaded, induced, enticed, and coerced a minor, S.B., to

engage in sexually explicit conduct for the purpose of producing a visual depiction of

such conduct, said visual depiction was produced using materials that had been mailed,

shipped, and transported in foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Enticement of a Minor)

Between on or about March 1, 2012 and through on or about December 24, 2012, in Iroquois County, in the Central District of Illinois, and elsewhere,

**MICHAEL LEE BROOKWALTER,**

the defendant herein, did and attempted to use a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly persuade, induce, and entice an individual who he believed had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2422(b).

## FORFEITURE NOTICE

1. The charges contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2. For his engagement in the violations alleged in Counts One and Two,

**MICHAEL LEE BROOKWALTER,**

the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253 and 2428, all interest in:

a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One and Two of this Indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Western Digital external hard drive with cables s/n: WMAVU3753390M

- Samsung Intensity II cell phone

- Attache 1 GB thumb drive

- Toshiba satellite laptop, s/n: 582912470 with power cord

- Samsung Droid cell phone and charger

- One (1) CD-R labeled "Aaron walker"

- Two (2) 8mm video cassettes

- Antic external hard drive with cables

- Black LG cell phone Model No: LG-VN270 serial No: 011CYCV0060131

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL.

s/ Foreperson

FOREPERSON

s/ Eric Long

JAMES A. LEWIS
UNITED STATES ATTORNEY
EMP

4