UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 13-20015 |
| | ) | |
| MICHAEL LEE BROOKWALTER, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING EXHIBITS**

Now comes the Defendant, MICHAEL BROOKWALTER, by his attorneys, JOHN C. TAYLOR and ELISABETH R. POLLOCK of the Federal Public Defender's Office, and pursuant to Fed. R. Crim. P. 32(h)(i)(1)(C), hereby enters the following Exhibits into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence.

Respectfully Submitted,

MICHAEL BROOKWALTER, Defendant

JOHN C. TAYLOR
Acting Federal Public Defender

BY:  /s/ Elisabeth R. Pollock
Elisabeth Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: Elisabeth_Pollock@fd.org

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Elly Peirson.

> /s/ Elisabeth R. Pollock
> Elisabeth Pollock
> Assistant Federal Public Defender
> 300 West Main Street
> Urbana, Illinois 61801
> Telephone: (217) 373-0666
> Facsimile : (217) 373-0667
> Email: Elisabeth_Pollock@fd.org

Joy St. Peter
280 S 6th Street ~ Sheldon, IL 60966
815.429.3639
joy_stpeter@yahoo.com

April 3, 2014

Dear Judge McCuskey,

I am writing on behalf of Michael Brookwalter who I have known for several years. I cannot say that I know him exceptionally well but ever since the first time I met him (2009) he has always been polite and courteous.

Whenever I have been around Mike he has always shown respect to others and is the first one willing to do anything to help someone out.

Even though his brother lived with their mother it was Mike that mostly helped her financially and after his last visit to see her he came right back to re-do her roof. His cousin helped but Mike bought all the material and did most of the work himself. His brother was home and Mike even bought lunch but barely ate and kept working. His brother ate the lunch Mike bought but didn't help with the roof but Mike never complained. He did it because he was glad to help out.

It was shortly after this that his mother passed away. He came home for the funeral but didn't attend because he found out he was wanted. Instead he went back to California and turned himself in. He did this as not to draw attention at his mom's wake or funeral. I felt so bad that he couldn't be there, as he loved his mother. It was his last chance to say good-bye yet he chose the respectful route and stayed away.

Sincerely,

Joy St Peter

# TONY E WILLIAMS, CPA, LTD.

Certified Public Accountant

408 E. Walnut St.
Watseka, IL 60970
Phone 815-432-6300
Fax 815-432-6510
tony@cpatony.com

April 3, 2014

Dear Judge McCuskey,

I have known Mike Brookwalter all of my life. He always has been an upstanding guy in my book. He went into the United States Navy right after high school and served for some seventeen years. He also fought in Desert Storm and severed on board the aircraft carrier USS Midway. On the Midway Mike was classified as BT2, which was a boiler tech. I have learned from a retired Navy officer that the Midway was the last ship that needed boiler techs. According to my retired Navy client the Navy stuck it to all boiler techs, as they didn't want them anymore. And for sure did not want anyone that close to retirement. After discharge from the service he went to work for the state of California as prison guard. He bravely served the state for fifteen or more years until being injured on the job.

Mike was the son that helped his mom out far more than any of her other children. In 2005 I made my first trip to California because Mike had purchased a new van for his mom. Mike's brother and I flew to California and drove the van back and Mike paid all expenses.

In 2009 and again in 2012 we made the trip to California to see Mike. In fact at his house I drank two beers while we visited and he made Joy drive when we left to go to the hotel. He was such a law an order kind of guy I just can't believe all this happened to him.

When all this happened he came from California to put a roof on his Mom's house that was leaking. Mike paid for all materials and he and I did all the labor while his brother that lived there stayed in the house did not offer to help one bit. After we were done Mike ordered pizza for everyone and his brother did help eat the pizza.

The sad thing about all this is because they made it federal and the penalties are far worse. There is someone I know similarly charged that was able to post $500 bail and get out of jail. There was a young man we knew who was murdered in a gas station and the person charged could get out on bail for $100,000. The man charged has had run ins with the law for the past 16 years. Then there is Mike who has been an upstanding citizen his entire life and no bail. I just have to ask why he is being treated so much differently.

Mike has always been a very law and order kind of guy and he was always willing to help anyone he could.

I am shocked he has ended up in this predicament.

We are praying, asking, pleading, begging that you consider the years of service and all the good things he has done and be lenient with him.

Should you have questions please call.

Yours truly,

*[signature: Tony Williams]*

Tony E Williams